UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Siloflex Corporation,

Plaintiff,

vs.

Klerk's Plastic Products Manufacturing, Inc.,

Defendant.

Case No. 00-CV-1399 ADM/AJB

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

---

WHEREAS, a Complaint has been served in the above-captioned matter; and

WHEREAS, counsel for Plaintiff has informed counsel for Defendant of his intent to file and serve an Amended Complaint; and

WHEREAS, counsel for both Plaintiff and Defendant have agreed that Defendant need not answer or otherwise respond to the Complaint that has been filed until an Amended Complaint has been filed and served on Defendant.

THEREFORE, it is hereby stipulated and agreed between the parties, through their respective counsel, that Plaintiff will file and serve on Defendant an Amended Complaint on or before July 31, 2000, and that Defendant's time to answer or otherwise respond to the Amended Complaint will commence upon service of said Amended Complaint.

FILED JUL 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: July 10, 2000.

GIEBEL, GILBERT & KOHL, P.L.L.P.

By ______________________
Kevin E. Giebel (#164112)
Roseville Professional Center
2233 North Hamline Avenue
Suite 620
St. Paul, Minnesota 55113
Telephone: (651) 633-9000

**Attorney for Plaintiff**

Dated: July 6, 2000.

LEONARD, STREET AND DEINARD

By ______________________
David R. Crosby (#237693)
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**Attorney for Defendant**

**IT IS SO ORDERED.**

Dated: 7/24/, 2000.

BY THE COURT:

______________________
Arthur J. Boylan
United States Magistrate Judge