UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

**Case No: 00-CV-1399 ADM/AJB**

Siloflex Corporation,

Plaintiff,

vs.

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Klerk's Plastic Products Manufacturing, Inc.,

Defendant.

---

**STIPULATION**

**WHEREAS,** the parties wish to amend the Court's Scheduling Order in this matter dated October 3, 2000 to permit the parties additional time to review recent discovery documents and disclosures, and accommodate the efficient scheduling of witness depositions, many of whom are located outside of the State of Minnesota,

**IT IS HEREBY STIPULATED AND AGREED:** by, between and among the parties hereto and their attorneys, that the Court's October 3, 2000 Scheduling Order in this matter may be Amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by July 5, 2001.

* * *

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before July 20, 2001.

   b. By Defendant(s) on or before August 7, 2001.

Non-Dispositive Motions

* * *

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, July 5, 2001.

All other dates and directives of the Court's October 3, 2000 Scheduling Order shall remain in full force and effect.

Dated this 30th day of May, 2001.

**GIEBEL, GILBERT & KOHL, P.L.L.P.**

By: Kevin E. Giebel, No. 164112
Attorneys for Plaintiff Siloflex Corporation
Roseville Professional Center
2233 North Hamline Avenue, Suite 620
St. Paul, MN 55113
(651)633-9000

Dated this 31st day of May, 2001.

**LEONARD, STREET & DEINARD**

By: David R. Crosby, No. 237693
Attorneys for Defendant Klerk's Plastics Products Manufacturing, Inc.
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1627

**ORDER**

Based upon the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated: 6/1/01

Arthur J. Boylan
United States Magistrate Judge